# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARAMOUNT REALTY, INVESTMENT LLC. ET AL.,<br>　　　Plaintiffs<br><br>　　　v.<br><br>DOMENIC SARNO, ET AL.,<br>　　　Defendants | CIVIL ACTION<br>NO. 3:14-cv-30193-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]　**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]　**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant's Domenic Sarno, et al., against the plaintiff's Paramount Realty Investment LLC, et al., pursuant to the court's memorandum and order entered this date, granting the defendants motions to dismiss.

　　　　　　　　　　　　　　　　　　**ROBERT M. FARRELL**,
　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: May 20, 2015　　　　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine) 3.wpd - 11/98)
　　　[jgm.]