# United States Court of Appeals
## For the First Circuit

No. 15-1742

PARAMOUNT REALTY INVESTMENT, LLC; GRIDIRON PARKING LLC; CREATIVE ENTERTAINMENT CONCEPTS, INC., d/b/a Skyplex; 1700 MAIN STREET, INC.; STEVEN STEIN

Plaintiffs - Appellants

v.

DOMENIC SARNO, in his individual and official capacity; PETER SYGNATOR, in his individual and official capacity; CITY OF SPRINGFIELD; HERIBERTO FLORES; JOHN MOTTO; NEW ENGLAND FARM WORKERS COUNCIL, INC.; THE REPUBLICAN COMPANY; PETER A. PICKNELLY; PENN NATIONAL GAMING, INC.; PAUL PICKNELLY; FRANCIS CATALDO; JOHN M. SANTANIELLO; ROBERT SLUKA; RICHARD KANE & ASSOCIATES

Defendants - Appellees

**CORRECTED JUDGMENT[1]**

Entered: November 4, 2015
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:  Michael T. Kogut
     Edward M. Pikula
     John Thomas Liebel
     Stephen Everett Hughes
     Jeffrey E. Poindexter

---

[1] Corrected order issued to reflect a joint motion to dismiss was filed.

Elizabeth S. Zuckerman
Michael K. Callan
Jesse Wells Belcher-Timme
Jonathan M. Albano
Emma D. Hall
Raipher D. Pellegrino