# United States Court of Appeals
## For the First Circuit

No. 15-1742

PARAMOUNT REALTY INVESTMENT, LLC; GRIDIRON PARKING LLC; CREATIVE ENTERTAINMENT CONCEPTS, INC., d/b/a Skyplex; 1700 MAIN STREET, INC.; STEVEN STEIN

Plaintiffs - Appellants

v.

DOMENIC SARNO, in his individual and official capacity; PETER SYGNATOR, in his individual and official capacity; CITY OF SPRINGFIELD; HERIBERTO FLORES; JOHN MOTTO; NEW ENGLAND FARM WORKERS COUNCIL, INC.; THE REPUBLICAN COMPANY; PETER A. PICKNELLY; PENN NATIONAL GAMING, INC.; PAUL PICKNELLY; FRANCIS CATALDO; JOHN M. SANTANIELLO; ROBERT SLUKA; RICHARD KANE & ASSOCIATES

Defendants - Appellees

**MANDATE**

Entered: November 4, 2015

In accordance with the judgment of November 4, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Jonathan M. Albano
Jesse Wells Belcher-Timme
Michael K. Callan
Emma D. Hall
Stephen Everett Hughes
Michael T. Kogut
John Thomas Liebel
Raipher D. Pellegrino

Edward M. Pikula
Jeffrey E. Poindexter
Elizabeth S. Zuckerman